Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

FILED

# UNITED STATES DISTRICT COURT
for the
District of

2022 JUL 14 PM 2:46

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Division

Cynthia Denise Benefield

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Johnny Bruce Elliott

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:22-CV-1236-CEM-DCI
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  [X] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Cynthia Denise Benefield |
   | Street Address | 9837 East Colonial Drive |
   | City and County | Orlando, Orange |
   | State and Zip Code | Florida, 32817 |
   | Telephone Number | 904-528-1443 |
   | E-mail Address | cybene1984@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
- Name: Johnny Bruce Elliott
- Job or Title (if known): Retired Military Personnel
- Street Address:
- City and County: Round Rock Tx
- State and Zip Code: Texas and Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Evang. Fannie Newsome Jackson Washington
- Job or Title (if known): Retired Navy Base Worker/ Refinery Worker
- Street Address: 1365 Ida Street Jacksonville, Florida 32208
- City and County: Jacksonville and
- State and Zip Code: Ponte Vedra Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Floyd Washington
- Job or Title (if known): Business Owner Washington Transporatation
- Street Address: 1395 Ida Street
- City and County: Jacksonville, Duval
- State and Zip Code: Florida 32208
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: City of Orlando Florida, Orange County
- Job or Title (if known): City of Orlando, FL Government Agency
- Street Address: ~~Orlando, Florida 32801, Orange County~~
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

\*\*Orlando Florida allowed certain ordinances/laws to be broken in order to accommdate certain individuals listed amongst this entertainment group and religious/spiritual groups. It was allowed for me to be removed from 2 Homeless Shelters without notice with good behavior 30 days is required \*\*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) Cynthia Denise Benefield , is a citizen of the State of (name) Florida.

2. If the plaintiff is a corporation
   The plaintiff, (name) Not Applicable , is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Not Applicable.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) Johnny Bruce Elliott , is a citizen of the State of (name) Florida and Texas . Or is a citizen of (foreign nation) United States.

2. If the defendant is a corporation
   The defendant, (name) Johnny Bruce Elliott , is incorporated under the laws of the State of (name) Florida , and has its principal place of business in the State of (name) Texas and Florida. Or is incorporated under the laws of (foreign nation) Not Applicable , and has its principal place of business in (name).

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

The Amount in Controversy is over 10 million dollars. The Defendant paid a Business Mogul, Spiritual Advisor(s) & Religious Leader(s) monies to help steal my business ideas/ventures (voice over acting, old genealogy documents, etc) Mr. Elliott also stole several very profitable delicious recipes then patented them/passed them out to others who took them

Page 3 of 5

to copyrighted them then turned those recipes over to restaurant chains and grocery stores for personal revenue to spend on sports cars, condos, expensive hotels, overseas trips to name a few. My Business ideas and/or ventures were very lucrative. I would like to be compensated for my seafood, chicken, snacks, soul food recipes that generated millions, millions of dollars. Its been reported I've asked to see sales reports but denied

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

In addition, my personal private life was investigated without my consent and my personal relationship information, my family history info & my father's genealogy history was exposed. This information was so important and personal that it continues to place myself & my family in harm's way, or put's us in danger of misleading people to think we are rich or wealthy people, thus encouraging people to seek to follow me/us, seeking money, relationships etc. We have suffered injuries internally, mental health for deprivation, vision eye sight has suffered for endless lack of sleep. We need to be greatly compensated for our suffering

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* July , at *(place)* Jacksonville and Orlando Florida ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

The defendant caused the plaintiff to be investigated revealing information he shouldn't have thereby causing private, personal, family details concerning my private personal lives to be exposed. He exposed my father's retirement income/annuities information and my father & grandfather's genealogy information then it was perceived as if we were a wealthy/rich/affluent family. Therefore causing people to seek us/me/my children out for money, relationships or other devious tactics of hurt & meanspirited activites, putting us in harm's way behavior. Our safety/Peace of mind and Personal Privacies are always interrupted or violated or uncomfortable

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Damages from the wrongs alleged are many. My damages are that I am facing insurmountable legal fees from medical/vision, mental health compensation of myself my daughters, my sons are so overwhelming because it is in ongoing interference of our personal privacies and endangering our movements as we come & go thru out the day. We are not rich people! In fact, we had a standard of living we were accustomed to now our standard/quality of life is mocked and scruitnized and downsized by certain people. My father's retirement income & family genealogy information was leaked on purpose or otherwise causing it to be reported to me that it was stolen.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Friday, July 8th 2022

Signature of Plaintiff: 
Printed Name of Plaintiff: Cynthia Denise Benefield

### B. For Attorneys

Date of signing: Friday, July 8th 2022

Signature of Attorney: None Assigned at this time
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: